IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MISS BOBBIE JEAN BATTLES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNA HOUSING | : | |
| FINANCE AGENCY, *et al.*, | : | NO. 18-494 |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of February, 2018, upon consideration of Battles' motion to proceed *in forma pauperis* and her *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED without prejudice, pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. To the extent Battles seeks to challenge the dismissal of her state case, such claims are DISMISSED for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. Battles is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible claim that lies within this Court's jurisdiction. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Battles' claims against each defendant. Any amended complaint may not direct the Court to refer to Battles' filings in Civil Action No. 15-3238 and may not refer to any of the numerous documents that Battles submitted with her Complaint in this matter. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ORDERED by the Court.

3. The Clerk of Court shall furnish Battles with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

4. If Battles fails to file an amended complaint, her case may be dismissed, without further notice, for failure to prosecute.

**BY THE COURT:**

***/s/ Gerald J. Pappert***
**GERALD J. PAPPERT, J.**