## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MISS BOBBIE JEAN BATTLES, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-494 |
| | : | |
| PENNA HOUSING | : | |
| FINANCE AGENCY, *et al.*, | : | |
| Defendants. | : | |

## <u>ORDER</u>

AND NOW, this 1st day of May, 2018, upon consideration of Plaintiff Bobbie Jean

Battles' Amended Complaint (ECF No. 6), it is **ORDERED** that:

1.      The Clerk of Court is **DIRECTED** to reopen this case.

2.      The Court's April 9, 2018 Order (ECF No. 5), which dismissed this case for

failure to prosecute, is **VACATED**.

3.      The Amended Complaint is **DISMISSED** without prejudice for failure to state a

claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum.

To the extent that Battles seeks to challenge the state court's determination regarding her

capacity, such claims are **DISMISSED** for lack of jurisdiction pursuant to the *Rooker-Feldman*

doctrine.

4.      Battles is given leave to file a second amended complaint within thirty (30) days

of the date of this Order in the event that she can state a plausible claim that lies within this

Court's jurisdiction.  Any second amended complaint shall be a complete document that

identifies all of the defendants in the caption in addition to the body, and shall describe in detail

the basis for Battles' claims against each defendant.  Any second amended complaint may not

refer back to the Complaint and Amended Complaint and any documents attached thereto.  Upon

the filing of a second amended complaint, the Clerk of Court shall not make service until so ORDERED by the Court.

5.     The Clerk of Court is **DIRECTED** to furnish Battles with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

6.     If Battles fails to file a second amended complaint, her case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.