IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MISS BOBBIE JEAN BATTLES, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-0494 |
| | : | |
| PENNA HOUSING | : | |
| FINANCE AGENCY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 21st day of May, 2018, upon consideration of Plaintiff Bobbie Jean Battles' Second Amended Complaint (ECF No. 9), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to amend the caption in this case to reflect that the following individuals and entities are the named Defendants: (1) Daryl Rotz, Director of the Pennsylvania Housing Finance Agency; (2) Judge John Herron; (3) Howard Neukrug of the Philadelphia Water Revenue Department; (4) the Philadelphia Tax Review Board; (5) the Albert Einstein Crisis Center; (6) Social Worker Madeline at the Temple Episcopal Mental Hospital; and (7) Psychiatrist Musurrini at the Albert Einstein Crisis Center.

2. The Second Amended Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. Battles may not file a third amended complaint in this case.

3. The Clerk of Court shall **CLOSE** this case.

                                                                                 **BY THE COURT:**

                                                                                 */s/ Gerald J. Pappert*
                                                                                 **GERALD J. PAPPERT, J.**